UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

   -v-

HIPOLITO THOMAS,

           Defendant.

------------------------------------- x

**ORDER**

23 Cr. 162 ()

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Justin V. Rodriguez;

It is found that the Indictment 23 Cr. 162 () is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that Indictment 23 Cr. 162 () in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            April 21, 2023

THE HONORABLE JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 21, 2023

**BY EMAIL**
The Honorable Jennifer E. Willis
United States Magistrate Judge
New York, New York 10007

    Re:    ***United States* v. *Hipolito Thomas*,** 23 Cr. 162 ( )

Dear Judge Willis:

    The Government respectfully requests that Indictment 23 Cr. 162 ( ) be unsealed and that a United States District Judge be assigned to the case. An order to that effect is attached. The Government requests that this be designated a Wheel A case.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                        By:    /s/ Justin V. Rodriguez
                                Justin V. Rodriguez
                                Assistant United States Attorney
                                (212) 637-2591