

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2023

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Hipolito Thomas,* 23 Cr. 162 (JLR)

Dear Judge Rochon:

      The Government writes, on behalf of the parties, to respectfully request a short adjournment of the conference scheduled for July 20, 2023, to either August 2 or 3 at 11:30 a.m., which the parties understand to be convenient for the Court, and a corresponding exclusion of time under the Speedy Trial Act.

      The defense is requesting the brief adjournment to have some additional time to continue its review of the discovery and to continue discussions about the defendant's options in this case. In addition, the undersigned has had a scheduling conflict arise for July 20, 2023. If the Court grants the parties' request, the parties will be prepared to set a trial date at the next conference, absent a pre-trial disposition.

      Finally, if the Court's grants the adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the next conference. The Government submits that the ends of justice served by such an exclusion outweigh the best interests of the public and the defendant in a speedy trial, because such an exclusion will afford the defendant time to continue his review of discovery, to prepare for trial, and to continue discussions with Government about a potential pretrial disposition. Defense counsel consents to this application.

Application GRANTED.  The status conference is adjourned to August 2, 2023 at 11:30 AM.  Speedy trial time is excluded under 18 U.S.C. § 3161(h)(7) until August 2, 2023.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the defendant in a speedy trial because of the need for the parties to review discovery materials, prepare for trial and further discuss potential pretrial resolutions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Justin V. Rodriguez
      Justin V. Rodriguez
      Assistant United States Attorney
      (212) 637-2591

cc: Counsel of Record (ECF)

Dated: July 14, 2023
         New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**